Hillsborough, }
 April 3, 1917. }

### Bert F. Todd, *Adm'r*, v. Charles B. Todd, *Adm'r*.

Personal property of a non-resident decedent is not required to be distributed according to our statute of distributions and may be remitted to the court of his domicile.

Petition, by the administrator appointed by the probate court of Hillsborough county to administer personal property belonging to the estate of Adelaide Todd, late of Canada, deceased, for advice as to what he should do with the property with which he is charged on the settlement of his account. Adelaide's will has been duly proved and allowed by the district court of St. Francis, P. Q., but the executor is dead. The plaintiff and the defendant both claim

the property under Adelaide's will. Transferred by *Sawyer*, J., without a ruling, from the January term, 1916, of the superior court.

*Patrick H. Sullivan* and *George A. Wagner*, for the plaintiff.

*Branch & Branch* (*Mr. Randolph W. Branch* orally), for the defendant.

YOUNG, J. As there is no statute of this state or specific rule of the common law which provides that the personal estate of non-resident decedents shall be distributed in accordance with the laws of this state, the plaintiff should remit the amount with which he is charged on the settlement of his account to whoever may be appointed by the Canadian court to complete the administration of Adelaide's estate.

*Case discharged.*

All concurred.